Angie Broll, appellee, v. City of Chicago, appellant. Gen. No. 35,109.

Opinion filed November 24, 1931.

Francis X. Busch, Corporation Counsel, and Alexander M. Smietanka, for appellant; Carl J. Appell, Assistant Corporation Counsel, of counsel. Albert Schaffner and Earl J. Walker, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Henry Herman, appellee, v. Edwin McNeal, trading as McNeal & Company, appellant. Gen. No. 35,138.

Opinion filed November 24, 1931.

Adams, Hawley, Brown & Adams, for appellant. Lucius, Buehler & Lucius, for appellee; Albert E. Lucius and Matthew M. Schulte, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

In re petition of George Kit to be discharged under the Insolvent Debtors' Act. Frank Brady, administrator of the estate of Nellie Brady, deceased, appellee. Gen. No. 35,147.

Opinion filed November 24, 1931.

Coburn, Kearney & Coburn, for appellant; Marshall V. Kearney, of counsel. John W. Costello and Ralph Gutgsell, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

James L. Kearns for the use of James W. Murray, appellee, v. Franklin Company, appellant. Gen. No. 35,156.

Opinion filed November 24, 1931.

Myron E. Wisch, for appellant; Sidney R. Tarkoff, of counsel. Charles V. Falkenberg, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

James H. Hooper, plaintiff in error, v. H. Leopold Spitalny, defendant in error. Gen. No. 35,189.